2015 OK 76

**Jimmie ANDERSON, Petitioner,**

v.

**MULTIPLE INJURY TRUST FUND and the Workers' Compensation Court, Respondents.**

**No. 111,991.**

Supreme Court of Oklahoma.

Nov. 16, 2015.

ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this

rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decision in *Ball v. Multiple Injury Trust Fund*, 2015 OK 64, 360 P.3d 499 disposes of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the Court of Civil Appeals opinion in this case is vacated, and the cause is remanded to the Workers' Compensation Court of Existing Claims for further proceedings.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 16th day of November, 2015.

¶4 COMBS, V.C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, TAYLOR, GURICH, JJ., concur.

¶5 REIF, C.J., dissent.

I dissent for the same reasons stated in my dissent in the *Ball* case.

¶6 COLBERT, J., not participating.

2015 OK 77

**Rhonda HIATT, Petitioner,**

v.

**MULTIPLE INJURY TRUST FUND and the Workers' Compensation Court, Respondents.**

**No. 112,792.**

Supreme Court of Oklahoma.

Nov. 16, 2015.

As Corrected Nov. 17, 2015.

ORDER OF SUMMARY DISPOSITION

¶1 Rule 1.201 of the Oklahoma Supreme Court Rules provides that "[i]n any case in

---

**40.** Title 23 O.S. 2011 § 6, see note 3, supra.

which it appears that a prior controlling appellate decision is dispositive of the appeal, the court may summarily affirm or reverse, citing in its order of summary disposition this rule and the controlling decision." Okla. S.Ct. Rule 1.201.

¶2 After reviewing the record in this case, THE COURT FINDS that our recent decision in *Ball v. Multiple Injury Trust Fund*, 2015 OK 64, 360 P.3d 499 disposes of the issues in this case.

¶3 IT IS THEREFORE ORDERED that the Court of Civil Appeals opinion in this case is vacated, and the cause is remanded to the Workers' Compensation Court of Existing Claims for further proceedings.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 16TH day of November, 2015.

¶4 COMBS, V.C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, TAYLOR, GURICH, JJ., concur.

¶5 REIF, C.J., COLBERT, J., dissent.

I dissent for the same reasons stated in my dissent in the *Ball* case.